

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00621-CV

Donald **LEMPAR**,
Appellant

v.

Patrick **BALLANTYNE**, Cynthia Orr, Goldstein & Orr, PLLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI05174
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court signed a final judgment on June 23, 2022. Appellant filed a timely motion for reconsideration on June 30, 2022. Therefore, the notice of appeal was due to be filed on September 21, 2022. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on October 6, 2022. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he has not filed a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Texas Rule of Appellate Procedure 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

We ORDER appellant to file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

Liza A. Rodriguez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2022.



MICHAEL A. CRUZ, Clerk of Court